

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00851-CV

Herman **ADAMS**,
Appellant

v.

**MACLAMAR MANAGEMENT**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017CV04194
Honorable David J. Rodriguez, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he is indigent.

It is so ORDERED on January 31, 2018.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

Keith E. Hottle, Clerk of Court